**THE URBAN LAW FIRM**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone:  (702) 968-8087
Facsimile:  (702) 968-8088
E-mail:     murban@theurbanlawfirm.com
            nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MARBELLA FLOORING, INC., a California Corporation; ROBERT IMUS, an individual; and ROBERT OLMOS, an individual,<br><br>          Defendants. | CASE NO.:   2:11-cv-01994-GMN-GWF<br><br>**JUDGMENT** |

The above captioned case came on regularly for hearing on Plaintiffs' Motion for Default Judgment against Defendants, Marbella Flooring, Inc. and Robert Olmos, individually, with the

1

Honorable Gloria M. Navarro, United States District Court Judge, presiding. Pursuant to this Court's findings of fact, conclusions of law, and order on file in this action,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 13, NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL HEALTH FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL ANNUITY FUND and TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS INTERNATIONAL MASONRY INSTITUTE shall recover from Defendants, Marbella Flooring, Inc. and Robert Olmos, individually, the principal amount of $15,486.99 plus attorney's fees of $7,431.00 together with Plaintiffs' costs of suit in the amount of $866.34 for a total Judgment amount of $23,784.33. Post-judgment interest shall accrue on the total Judgment amount.

DATED this 17th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

**THE URBAN LAW FIRM**

By: _____
Nathan R. Ring, Nevada Bar No. 12078
Counsel for Plaintiffs